JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARCHETYPE INTERIORS, et al., <br><br> Defendants. | Case No. CV 15-9694 FMO (RAOx) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Entry of Default Judgment, IT IS ADJUDGED that:

1. Judgment shall be entered against defendant Archetype Interiors, Inc. in the total amount of $720 in attorney's fees and in favor of plaintiffs Carpenters Southwest Administrative Corporation and the Board of Trustees for the Carpenters Southwest Trusts.

2. Defendant shall submit to an audit by plaintiffs that, at a minimum, allows plaintiffs access to the relevant records, from March 1, 2011 to the present.

3. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 20th day of May, 2016.

/s/
Fernando M. Olguin
United States District Judge